1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  ENDERS ADEM ABDU,              )
                                   )   No. C 05-5173 CRB
              Petitioner,          )
14                                 )
       v.                          )
15                                 )
    ALBERTO GONZALES, Attorney     )   **STIPULATION TO A BRIEFING**
16  General of the United States; MICHAEL )  **SCHEDULE; AND [PROPOSED] ORDER**
    CHERTOFF, Secretary of the     )
17  Department of Homeland Security; )
    NANCY ALCANTAR, Field Director of )
18  Detention and Removal of Immigration )
    and Custom Enforcement,        )
19                                 )
              Respondents.         )
20  _____)

21      Petitioner, by and through his attorney of record, and Respondents, by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing

23  schedule:

24
        Respondents' Return to Habeas Petition due:        January 27, 2006
25
        Petitioner's Reply:                                February 10, 2006
26
        Hearing:                                           February 24, 2006, at 10:00 a.m.
27

28

STIP. TO BRIEFING SCHEDULE; AND [PROPOSED] ORDER
C-05-5173 CRB                          1

1 | Date: January 11, 2006                          Respectfully submitted,

2 |                                                 KEVIN V. RYAN
                                                    United States Attorney
3 |

4 |
                                                    _____/s/_____
5 |                                                 ILA C. DEISS
                                                    Assistant United States Attorney
6 |                                                 Attorneys for Respondents

7 |

8 |
   Date: January 11, 2006                           _____/s/_____
9 |                                                 ROBERT L. VOLZ
                                                    Attorney for Petitioner
10 |

11 |

12 |                              **ORDER**

13 |         Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 |
    Date:January 13, 2006
16 |                                                 CHARLES R. BREYER
                                                    United States District

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA