IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDERS ADEM ABDU,<br><br>   Petitioner,<br><br> v.<br><br>ALBERTO GONZALES, et al.,<br><br>   Respondents.     / | No. C 05-05173 CRB<br><br>**ORDER VACATING HEARING ON PETITION FOR WRIT OF HABEAS CORPUS AND SETTING CASE MANAGEMENT CONFERENCE** |

  The Court has reviewed petitioner's reply brief submitted on February 10, 2006. In light of the Immigration Judge's decision to grant deferral of removal, the hearing scheduled for February 24, 2006 is hereby vacated. The parties are instructed to appear before this Court on February 24, 2006 at 8:30am for a case management conference regarding the effect of the deferral on petitioner's habeas corpus petition. Prior to the conference the parties shall meet and confer in a good faith attempt to reach agreement on how this case should proceed.

  **IT IS SO ORDERED.**

Dated: February 16, 2006

               CHARLES R. BREYER
               UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\5173\OrderVacatingHearing.wpd