| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ENDERS ADEM ABDU, | ) | No. C 05-5173 CRB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS WITHOUT** |
| | ) | **PREJUDICE; AND [PROPOSED]** |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Homeland Security; NANCY ALCANTAR, Field Director of Detention and Removal of Immigration & Custom Enforcement, | ) | **ORDER** |
| Respondents. | ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice in light of Petitioner's scheduled release from detention on February 24, 2006.

Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation to Dismiss
C05-5173 CRB

1 | Date: February 23, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondent

Dated: February 23, 2006

_____/s/_____
ROBERT L. VOLZ
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: February 24, 2006

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
C05-5173 CRB                                    2